F10# 10300700
USM# 76444-097

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) |
| --- | --- |
| v. | ) |
| TAD ERIC CUMMINS | ) Case No. 17-MJ-2038 |
| | ) |
| Defendant | ) |

2017 APR 20 PM 3:20
U.S. MARSHALS SERVICE
MIDDLE TENNESSEE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TAD ERIC CUMMINS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2423(a), transportation of a minor with the intent to engage in criminal sexual activity

Date: 04/20/2017

*Issuing officer's signature*

City and state: NASHVILLE, TN

Jeffery Frensley, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4-20-17, and the person was arrested on *(date)* 5-9-17
at *(city and state)* Nashville, TN.

Date: 5-9-17

*Arresting officer's signature*

DUSM Byron Osborne
*Printed name and title*