IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
MAY 18 2017
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:17-00092 |
| | ) | |
| | ) | 18 U.S.C. § 2423(a) |
| TAD ERIC CUMMINS | ) | 18 U.S.C. § 1519 |
| | ) | 18 U.S.C. § 2 |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Between on or about March 13, 2017 through on or about April 20, 2017, in the Middle District of Tennessee and elsewhere, **TAD ERIC CUMMINS** did knowingly and unlawfully transport an individual who had not attained the age of eighteen (18) years in interstate commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about March 13, 2017, in the Middle District of Tennessee and elsewhere, **TAD ERIC CUMMINS** did knowingly destroy tangible objects, to-wit: two cellular smartphone devices, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter, and in relation to and in contemplation of such matter, which was within the jurisdiction of the Federal Bureau of Investigation, a department or agency of the United States.

In violation of Title 18, United States Code, Sections 1519 and 2.

A TRUE BILL

███████████████

FOREPERSON

_____
JACK SMITH
ACTING UNITED STATES ATTORNEY

_____
SARA BETH MYERS
ASSISTANT UNITED STATES ATTORNEY