UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:17-00092 |
| v. ) | |
| ) | JUDGE TRAUGER |
| TAD E. CUMMINS ) | |

**UNITED STATES' SENTENCING POSITION**

The United States of America, by and through Donald Q. Cochran, United States Attorney, and the undersigned Assistant United States Attorneys, respectfully states that it has no objections or corrections to the January 9, 2019 Revised Presentence Report.

The government respectfully requests, as further addressed in its Memorandum in Aid of Sentencing, that this Court sentence the defendant to a total term of imprisonment of 360 months of incarceration (within the guidelines range of 292-365 months) as well as a term of supervised release, restitution, and fines commensurate with the severity of his criminal behavior. The government also requests that the Court impose any other conditions that it deems appropriate to satisfy the factors set forth in 18 U.S.C. 3553(a).

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney

s/**Sara Beth Myers**
Sara Beth Myers
Philip H. Wehby
Assistant United States Attorneys
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via email, on this, the 14th day of January, 2019: Dumaka Shabazz (Office of the Federal Public Defender, 810 Broadway, Suite 200, Nashville, TN 37203) and Ron Munkeboe (munkeboeatty@aol.com).

s/**Sara Beth Myers**
Sara Beth Myers
Assistant United States Attorney