To whom it may concern:

I am a Culleoka Unit School alumnus. I graduated in 2014. I was enrolled in all of the health science courses Culleoka Unit School had to offer. Tad Cummins was my teacher for 3 years. With all that has happened recently over the last year or so I know it's hard to think positive and remember the good someone once was to me, but the Tad Cummins I know is not the person who would engage with a student. Not the person who would drop his job, his family, and responsibilities to run off to be with a student.

The Tad Cummins I know was a very caring and intelligent Christian man. He was always there to listen if anyone needed someone to talk to. He welcomed anyone and everyone to his classroom with open arms. He didn't judge or look down on anyone regarding what they wore or how they acted. In his eyes, we were all equal. I always felt accepted whenever I walked into his classroom. The three years of classes I spent with him taught me not only health field related values but how to open my heart and become a better person. Tad always encouraged us to help one another.

Fast forward two years, I'd graduated and I was in my second year of college. I was lost and not sure what career path I wanted to go down. I tried teaching and business and neither one were for me. I wanted to help people and thought the medical field would be good fit for me, but I knew I didn't want to be a nurse, so I looked into respiratory therapy. I remembered Tad use to be an RT before he became a teacher so I reached out to him to get information about this field. He told me everything and anything about this career path and even helped me set up a shadowing date at Maury Regional Hospital. I ended up loving this line of work at my shadow day and decided to apply to the program. Tad was more than to help me in any way he could. He wrote me two recommendation letters and put in good words for me in the respiratory therapy world. If it wasn't for Tad I wouldn't have found the career I love. Thanks to him I pursed this and became a register respiratory therapist and currently employed at a place I love.

So to the Tad I know, I want to say thank you for believing in me and helping me post graduation find my path in life.