January 9, 2019
Eldon and Sara Cummins

Judge Trauger:

Thank you for allowing us to tell you about our son, Tad Cummins, an inmate at Henderson County Detention Center. He was a happy child, always had a smile on his face. We didn't have discipline problems, he didn't need much discipline. Of course, there were squabbles with his sister but that was easily handled by time on the sofa with her and ending in giggles. His childhood was filled with dogs, friends, fishing poles, camping, bikes etc. The local high school band was the love of his life at that time and it remains an interest to him. We were a close family and still are. He grew into a young man who was respectful, mannerly, and kind. Two daughters grew under the watchful eye of their mother and father into assets to their community and family. His love and interaction with his grandchildren tells you who he is. Tad was always a source of pride to us as parents. He has not been in any kind of trouble before with the law or anyone else. We all considered him to be reliable, dependable and trustworthy in any situation.

We don't condone his actions in this case, but he is still a big part of our heart and we will love him to the end. I have never heard of anyone in a jail who was remorseful as Tad. He realizes his mistakes as do we, and he tries to help others find a way to prevent making the same mistakes. We don't know anyone who has never done anything they regret; we all have made some bad choices. None of us can possibly understand how much punishment he has already been through from within himself. Tad has never been violent to anyone or anything in his life. We always tried to teach him to be not only a gentleman but also a gentle man. That's who he is today - a gentle man who has always wanted to help people no matter what situation has arisen.

Sincere thanks

Sonny Cummins                                               Sara Cummins