UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:17-00092 |
| | ) | JUDGE TRAUGER |
| TAD ERIC CUMMINS | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Tad Eric Cummins appeals to the United States Court of Appeals for the Sixth Circuit from the judgment and conviction entered in this action on January 23, 2019.

                                        Respectfully submitted,

                                        s/ *Dumaka Shabazz*
                                        DUMAKA SHABAZZ (BPR#022278)
                                        Assistant Federal Public Defender
                                        810 Broadway, Suite 200
                                        Nashville, TN  37203
                                        615-736-5047
                                        E-mail: dumaka_shabazz@fd.org

                                        Attorney for Tad Eric Cummins

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed this Notice of Appeal with the U.S. District Court Clerk via CM/ECF, which will send a Notice of Electronic Filing to Sara E. Myers and Philip H. Wehby, Assistant United States Attorneys, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203-3870.

                                        s/ *Dumaka Shabazz*
                                        DUMAKA SHABAZZ