July 7, 2020

Honorable Judge Aleta Trauger,

    If it pleases the court, please accept this letter as a Pro-Se motion to request my immediate release or release to home confinement under the "Cares Act"/ The First Step Act of 2018/ and or Attorney General William Barr's directive to be released on home confinement pursuant to S12003(b)(2). This request is made due to the covid-19 pandemic crisis. I fall in the category of individuals considered high risk of death from the covid-19 virus.

    I also request that Dumaka Shabazz (615-736-5047) be appointed to be my legal representation for this matter. I am, of course, still incarcerated and therefore without income or financial resources.

    I made this request to the warden at Talledega FCI on 5-22-20 in writing. (A copy is included.) Since I have not recieved a reply and greater than 30 days have passed, It is my understanding that I have exhausted my remedies here.

    I presently suffer from severe hypertension and am currently being treated with three daily medications: Lisinopril 40mg, Amlodipine 5mg, and Hydrochlorothiazide 25mg. I suffer from obesity, and the covid-19 lockdown has completely derailed my effort to develop an exercise program to address this problem. I also suffer from gastroesophogeal reflux disease and am prescribed Omeprazole 20mg daily.

All of this should be well documented in my B.O.P. medical record as well as in my medical record from Henderson County Jail, in Henderson, KY.

I also have chronic nasal/sinus allergies as well as daily pain from an old neck fracture. When I brought these two issues to the attention of the B.O.P. medical staff, I was instructed to purchase O.T.C. products from the commissary to address these problems, therefore, I also take Loratadine 10mg, Nasalcort, and Ibuprophen most days.

During my incarceration to date, I have recieved no disciplinary infractions. I have worked the entire time in education as a tutor for basic-level GED, Spanish GED, and ESL (English as a Second Language) classes. I have been a highly consistent attender of Christian services, and an active member of the Christian community here. I am also a musician, singer, and worship leader for both English and Spanish Christian worship services.

I believe that my medical issues pose a clear and present danger to my health and my life in the event of a covid-19 infection and together with my conduct during incarceration constitute "extraordinary and compelling reasons" to warrant my immediate release or release to serve the balance of my incarceration/sentence in home confinement at the home of Erica Osborne, (my daughter) at 6318 Till Pond Road, Columbia, TN 38401. Her phone number is 931-334-7592. This is a stable Christian home and family with the means and motivation to help ensure my success with release or home detention.

(2)

Please forgive this handwritten letter. I was unable to get access to the typewriter. Thank you in advance for your consideration in this matter, and regardless of the outcome, may God bless you immeasurably.

Sincerely,

Tad Cummins
BOP# 76444-097

Case 3:17-cr-00092   Document 127   Filed 07/15/20   Page 3 of 7 PageID #: 893

(3)

```
BP-A0148                    INMATE REQUEST TO STAFF CDFRM
HSLC 10
U.S. DEPARTMENT OF JUSTICE                      FEDERAL BUREAU OF PRISONS
```

Copy

| TO: (Name and Title of Staff Member) Ms. Jackson/Ms. Moore | DATE: May 21, 2020 |
|---|---|
| FROM: Tad Cummins | REGISTER NO.: 76444-097 |
| WORK ASSIGNMENT: Education | UNIT: Sigma B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to formally request immediate release under the "Cares Act"/The First Step Act of 2018/ and, or, the Attorney General William Barr's directive to be released on home confinement, pursuant to §12003(b)(2). This request is made due to the covid-19 pandemic crisis. I fall under the category of individuals considered high risk of death from the covid-19 virus.

I presently suffer from severe hypertension and am currently being treated with three daily medications: Lisinopril - 40 mg., Amlodipine - 5mg., and Hydrochlorothiazide - 25 mg. I suffer from obesity, and the covid-19 lockdown has completely derailed my attempt to develop an exercise program to address this problem. I suffer from gastroesophogeal reflux disease and am prescribed Omeprazole - 20 mg. daily.

All of this should be well documented in my B.O.P. medical record. I also have chronic nasal-sinus allergies as well as daily pain from an old neck fracture. [continues on next page.....]

(Do not write below this line)

DISPOSITION:

---

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                    Prescribed by N551/

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

COPY

When I brought these two issues to the attention of the B.O.P. medical staff, I was instructed to purchase OTC products from the commissary to address these problems, therefore, I also take Loratadine - 10 mg., Nasalcort, and Ibrupofen most days.

I believe that my medical issues pose a clear and present danger to my health and my life in the event of a covid-19 infection and constitute 'extraordinary and compelling reasons' to warrant my immediate release to serve the balance of my term of incarceration in home confinement, at the home of my daughter, Erica Osborne, who is my next of kin emergency contact in my B.O.P. file.

This is a stable Christian home and family with the means and motivation to help ensure my success in this alternative detention setting.

Respectfully,

*[signature]*

Tad Cummins # 76444-097

Case 3:17-cr-00092   Document 127   Filed 07/15/20   Page 5 of 7 PageID #: 895

NAME Tad Cummins
REG. NO. 76444-097
FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

Legal Mail

RECEIVED
JUL 15 2020
U.S. District Court
Middle District of TN

Honorable Judge Aleta Trauger
Middle District of Tennessee
801 Broadway #800
Nashville, TN 37203

37203-385900