# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:17-cr-00092 |
| ) | Judge Trauger |
| TAD ERIC CUMMINS, ) | |

## ORDER

Tad Cummins has filed a Motion for Compassionate Release under the First Step Act of 2018, Pub. L. 115-391, due to the COVID-19 pandemic. (Docket No. 127). The court APPOINTS the Federal Public Defender's Office to determine whether Mr. Cummins is entitled to relief. The Federal Public Defender shall either file an appearance and supplemental motion for relief or file a notice stating the defendant does not intend to proceed further on the request. If a motion for relief is filed, the defendant shall notify the Chief of Pretrial and Probation. If a motion for relief is filed by counsel, the government shall respond within 14 days.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE