**VICTIM'S STATEMENT IN RESPONSE TO TAD CUMMINS' REQUEST FOR RELEASE**

For my safety, and for other children's safety, Tad Cummins should not be allowed to return to the general population. Just knowing he resides there would make me fear being in Columbia even more than I already do. Even if he is made to stay on house arrest, just knowing he will be near me terrifies me. I have worked very hard over the last three years to move past the very dark time of my life involving Tad Cummins. If I have to live in constant fear again, I feel like all of that would be for nothing. The court ordered that he go to prison, and that is where he belongs.